COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:           01-12-00459-CR

Trial Court Cause
Number:                 CR28475

Style:                  William Earl Durham

                        **v** The State of Texas

Date motion filed*:     01/28/2013

Type of motion:         EXTEND TIME

Party filing motion:    APPELLANT

Document to be filed:   BRIEF

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

    Original due date:          12/28/2012

    Number of previous extensions granted:

    Date Requested:             30 DAYS

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due: 02/06/2013

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ Laura C. Higley
              ☒ Acting individually   ☐ Acting for the Court

Panel consists of _____

Date: 02/01/2013